

Rebekah R. Conroy<br>rconroy@stoneconroy.com

July 2, 2024

**Via ECF**
Honorable Ann Marie Donio, U.S.M.J.
United States District Court for the District of New Jersey
Mitchell H. Cohen Building & U.S. Courthouse
4th & Cooper Streets Room 1050
Camden, NJ 08101

  *Re: Salix Pharmaceuticals, Inc. v. Amneal Pharmaceuticals of New York*
     *Case No: 1:24-cv-04607-ESK-AMD*

Dear Judge Donio:

  This office is counsel to Defendants in this matter. In response to Your Honor's inquiry (Doc. No. 28), Defendants have no objection to Plaintiffs' pending pro hac vice motions (Doc. Nos. 8-11).

  We appreciate the Court's inquiry in this regard.

            Respectfully submitted,

            /s/ Rebekah R. Conroy
            Rebekah R. Conroy

RRC/br