# Morgan Lewis

**Harvey Bartle**
Partner
+1.215.963.5521
harvey.bartle@morganlewis.com

February 12, 2025

Honorable Ann Marie Donio
United States Magistrate Judge
United States Courthouse
4th & Cooper Streets
Camden, New Jersey 08101

Re:   *Salix Pharms., Inc. et al. v. Amneal Pharms. of New York, et al.*, Civ. No. 24-4607 (ESK/AMD);
*Salix Pharms., Inc. et al. v. Zydus Pharms. (USA) Inc.,* Civ. No. 24-9512 (ESK/AMD);
*Salix Pharms., Inc. v. Cipla USA, Inc. et al.,* Civ. No. 24-10213 (ESK/AMD);
*Salix Pharms., Inc. v. Carnegie Pharms., LLC,* Civ. No. 24-10356 (ESK/AMD)

Dear Judge Donio:

We represent the Plaintiffs in the above-captioned matters and write with the consent of the Defendants in those cases.

Per the Court's Scheduling Order (Dkt. 80 in Civ. No. 24-4607), the parties conferred on February 12, 2025 pursuant to L. Civ. R. 26.1(b)(2) and 26.1(d) concerning the Discovery Confidentiality Order ("DCO") and the discovery of electronically stored information.

The parties continue to work together to finalize the language in the DCO and jointly respectfully request an extension of two weeks from February 13, 2025 to February 27, 2025 to file the DCO.

The parties have agreed to submit a Stipulation regarding the discovery of electronically stored information and are continuing to work together to finalize said Stipulation. The parties anticipate filing the Stipulation by February 27, 2025.

Respectfully submitted,

*s/ Harvey Bartle*

Harvey Bartle

cc: Counsel of Record (via e-mail)

**Morgan, Lewis & Bockius** LLP

2222 Market Street
Philadelphia, PA  19103-3007       +1.215.963.5000
United States                                  +1.215.963.5001