IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| SALIX PHARMACEUTICALS, INC., SALIX PHARMACEUTICALS, LTD., ALFASIGMA S.P.A., BAUSCH HEALTH IRELAND LTD. | : | CIVIL ACTION |
| v. | : | NO. 24-04607 |
| AMNEAL PHARMACEUTICALS OF NEW YORK, LLC, AMNEAL EU, LIMITED | : | |
| SALIX PHARMACEUTICALS, INC., SALIX PHARMACEUTICALS, LTD., BAUSCH HEALTH IRELAND LTD. | : | CIVIL ACTION |
| v. | : | NO. 24-07140 |
| NORWICH PHARMACEUTICALS, INC. | : | |
| SALIX PHARMACEUTICALS, INC., SALIX PHARMACEUTICALS, LTD., ALFASIGMA S.P.A., BAUSCH HEALTH IRELAND LTD. | : | CIVIL ACTION |
| v. | : | NO. 24-09512 |
| ZYDUS PHARMACEUTICALS (USA) INC., ZYDUS LIFESCIENCES LIMITED | : | |
| SALIX PHARMACEUTICALS, INC., SALIX PHARMACEUTICALS, LTD., ALFASIGMA S.P.A., BAUSCH HEALTH IRELAND LTD. | : | CIVIL ACTION |
| v. | : | NO. 24-10213 |
| CIPLA USA, INC., CIPLA LIMITED | : | |

**REPORT OF CONFERENCE / MINUTE SHEET**

On this 22nd day of July 2025 a

___ In-Person Conference (held in Chambers)

___ In-Person Conference (held in Courtroom No. _____)

| | |
|---|---|
| _X_ Video Conference | ___ Telephone Conference |
| ___ Rule 16 Conference | ___ Settlement Conference |
| ___ Status Conference | _X_ Case Management Conference |
| _X_ On the Record | ___ Not on the Record |

Participants:

Plaintiffs' Counsel:  
   List all Counsel

1. Harvey Bartle, IV, Esq.
2.
3.

Defense Counsel:  
   List all Counsel

1. Timothy F. Peterson, Esq.
2. Matthew S. Murphy, Esq.
3. Peter Louis Giunta, Esq.

Name of Court Reporter:  __Maureen McHugh__

Start: _9:00 A.M._   End: _9:25 A.M._

**Total Time in Court:**    25 minutes

                                            /s/ Kerri Christy  
                                            Kerri Christy,  
                                            Deputy Clerk to  
                                            Judge Murphy

Civ 14 (1/21)