IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| SALIX PHARMACEUTICALS, INC., SALIX PHARMACEUTICALS, LTD., ALFASIGMA S.P.A., BAUSCH HEALTH IRELAND LTD. | : CIVIL ACTION<br>:<br>:<br>:<br>: |
| v. | : NO.  24-04607<br>: |
| AMNEAL PHARMACEUTICALS OF NEW YORK, LLC, AMNEAL EU, LIMITED | :<br>:<br>: |
| SALIX PHARMACEUTICALS, INC., SALIX PHARMACEUTICALS, LTD., BAUSCH HEALTH IRELAND LTD. | : CIVIL ACTION<br>:<br>:<br>: |
| v. | : NO.  24-07140<br>: |
| NORWICH PHARMACEUTICALS, INC. | : |

# ORDER

**AND NOW**, this 9th day of February 2026, upon considering the parties' joint status reports (DI 134, 138) in response to our January 29, 2026 orders (DI 133, 137), it is **ORDERED** we will defer setting a trial date for the time being. We will consider any summary judgment motions filed and the parties shall keep us aware of any developments affecting the prospect of trial resolution.

                                                                                    MURPHY, J.