Rebekah Conroy
**STONE CONROY LLC**
25 A Hanover Road, Suite 301
Florham Park, NJ 07932
(973) 400-4181
rconroy@stoneconroy.com

Jake M. Holdreith
Christopher A. Pinahs
Samuel J. LaRoque, Ph.D.
**ROBINS KAPLAN LLP**
800 LaSalle Ave, Suite 2800
Minneapolis, MN 55402
(612) 349-8500

Oren D. Langer
**ROBINS KAPLAN LLP**
1325 Avenue of the Americas
Suite 2601
New York, NY 10019
(212) 980-7400

*Attorneys for Amneal Pharms. of NY, LLC and Amneal EU, Ltd.*

Arnold B. Calmann
Katherine A. Escanlar
**SAIBER LLC**
7 Giralda Farms, Suite 360
Madison, NJ 07940
Phone: (973) 622-3333

Matthew J. Becker
Thomas K. Hedemann
Edward M. Mathias
Matthew S. Murphy
Rebecca L. Clegg
**AXINN, VELTROP & HARKRIDER LLP**
90 State House Square
Hartford, CT 06103
Phone: (860) 275-8100

Sara B. Natour
**AXINN, VELTROP & HARKRIDER LLP**
1901 L Street NW
Washington, DC 20036
(202) 912-4700

Cassie Goodnight
**AXINN, VELTROP & HARKRIDER LLP**
630 Fifth Avenue, 33rd Floor
New York, NY 10111
(212) 728-2200

*Attorneys for Norwich Pharmaceuticals, Inc.*

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| SALIX PHARMACEUTICALS INC., SALIX PHARMACEUTICALS, LTD., ALFASIGMA S.P.A. and BAUSCH HEALTH IRELAND LTD.,<br>Plaintiffs,<br>v.<br>AMNEAL PHARMACEUTICALS OF NEW YORK, LLC and AMNEAL EU, LIMITED,<br>Defendants. | Civil Action No. 3:24-cv-04607-JFM |
| SALIX PHARMACEUTICALS INC., SALIX PHARMACEUTICALS, LTD., and BAUSCH HEALTH IRELAND LTD.,<br>Plaintiffs,<br>v.<br>NORWICH PHARMACEUTICALS, INC.,<br>Defendant. | Civil Action No. 1:24-cv-07140-JFM<br>**NOTICE OF MOTION FOR SUMMARY JUDGMENT OF INVALIDITY OF U.S. PATENT NOS. 11,564,912, 11,779,571, AND 8,193,196**<br>*Document Filed Electronically*<br>Return Date: April 6, 2026<br>Oral Argument Requested |

**PLEASE TAKE NOTICE** that on **Monday, April 6, 2026** at **10:00 a.m.**, or as soon thereafter as counsel may be heard, Defendants Amneal Pharmaceuticals of New York, LLC and Amneal EU, Limited (together "Amneal") and Norwich Pharmaceuticals, Inc. ("Norwich") (collectively, "Defendants"), by and through their counsel, will appear before the Honorable John. F. Murphy, District Judge, United States District Court for the Eastern District of Pennsylvania, sitting by designation, at the 3809 U.S. Courthouse, 601 Market Street, Philadelphia, PA 19106, Courtroom 3, and will move this Court, for an Order granting Summary Judgment of Invalidity in favor of Defendants, pursuant to Fed. R. Civ. P. 56(a) and L. Civ. R. 56.1.

**PLEASE TAKE FURTHER NOTICE** that in support of their Motion, Defendants will rely upon the accompanying brief submitted herewith, their Local Civil Rule 56.1 Statement of Undisputed Material Facts and any reply papers in support of this Motion, and oral argument, if any.

**PLEASE TAKE FURTHER NOTICE** that Defendants request oral argument on this motion if timely opposition is filed.

A proposed form of Order is also submitted herewith for the Court's consideration.

Dated: March 10, 2026

Respectfully submitted,

*/s/ Rebekah Conroy*
Rebekah Conroy (rconroy@stoneconroy.com)
**STONE CONROY LLC**
25 A Hanover Road, Suite 301
Florham Park, NJ 07932
Tel.: (973) 400-4181

*Attorneys for Defendants Amneal Pharmaceuticals of New York, LLC and Amneal EU, Limited*

Of Counsel:

Jake M. Holdreith
(jholdreith@robinskaplan.com)
Christopher A. Pinahs
(cpinahs@robinskaplan.com)
Samuel J. LaRoque, Ph.D.
(slaroque@robinskaplan.com)

**ROBINS KAPLAN LLP**
800 LaSalle Ave, Suite 2800
Minneapolis, MN 55402
Phone: (612) 349-8500

Oren D. Langer
(olanger@robinskaplan.com)
**ROBINS KAPLAN LLP**
1325 Avenue of the Americas, Suite 2601
New York, NY 10019
Phone: (212) 980-7400

*/s/ Arnold B. Calmann*
Arnold B. Calmann (abc@saiber.com)
Arnold B. Calmann
(abc@saiber.com)
Katherine A. Escanlar
(kescanlar@saiber.com)
**SAIBER LLC**
7 Giralda Farms, Suite 360
Madison, NJ 07940
Phone: (973) 622-3333

*Attorneys for Norwich Pharmaceuticals, Inc.*

Of Counsel:

Matthew J. Becker
(mbecker@axinn.com)
Thomas K. Hedemann
(thedemann@axinn.com)
Edward M. Mathias
(tmathias@axinn.com)
Matthew S. Murphy
(mmurphy@axinn.com)
Rebecca L. Clegg
(rclegg@axinn.com)
**AXINN, VELTROP & HARKRIDER LLP**
90 State House Square
Hartford, CT 06103
Phone: (860) 275-8100