**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| SALIX PHARMACEUTICALS INC., SALIX PHARMACEUTICALS, LTD., ALFASIGMA S.P.A. and BAUSCH HEALTH IRELAND LTD.,<br><br>Plaintiffs,<br><br>v.<br><br>AMNEAL PHARMACEUTICALS OF NEW YORK, LLC and AMNEAL EU, LIMITED,<br><br>Defendants. | Civil Action No. 3:24-cv-04607-JFM |
| SALIX PHARMACEUTICALS INC., SALIX PHARMACEUTICALS, LTD., and BAUSCH HEALTH IRELAND LTD.,<br><br>Plaintiffs,<br><br>v.<br><br>NORWICH PHARMACEUTICALS, INC.,<br><br>Defendant. | Civil Action No. 1:24-cv-07140-JFM<br><br>**ORDER GRANTING DEFENDANTS' MOTION FOR SUMMARY JUDGMENT OF INVALIDITY OF U.S. PATENT NOS. 11,564,912, 11,779,571, AND 8,193,196**<br><br>*Document Filed Electronically* |

**THIS MATTER** having been brought before the Court upon the Motion of Defendants Amneal Pharmaceuticals of New York, LLC and Amneal EU, Limited (together "Amneal") and Norwich Pharmaceuticals, Inc. ("Norwich") (collectively, "Defendants"), by and through their counsel, seeking an Order granting their Motion for Summary Judgment of Invalidity of U.S. Patent Nos. 11,564,912, 11,779,571,[1] and 8,193,196 and the Court having considered the papers submitted in support of and in opposition to the within Motion; and the Court having considered oral argument of the parties, if any; and the Court having determined

[1] Norwich joins this motion only as it pertains to U.S. Patent Nos. 11,564,912 and 11,779,571.

that there is no genuine issue as to any material fact; and for the reasons set forth in the record of the proceedings, and for other and good cause having been shown;

**IT IS** on this _________ day of _____________________, 2026,

**ORDERED** that Defendants' Motion for Summary Judgment of Invalidity of U.S. Patent Nos. 11,564,912, be and hereby is **GRANTED.**

**ORDERED** that Defendants' Motion for Summary Judgment of Invalidity of U.S. Patent Nos. 11,779,571, be and hereby is **GRANTED.**

**ORDERED** that Amneal's Motion for Summary Judgment of Invalidity regarding U.S. Patent No. 8,193,196, be and hereby is **GRANTED.**

______________________________________

**HONORABLE JOHN F. MURPHY**
**UNITED STATES DISTRICT JUDGE**