**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| SALIX PHARMACEUTICALS INC.,<br>SALIX PHARMACEUTICALS, LTD.,<br>ALFASIGMA S.P.A. and BAUSCH<br>HEALTH IRELAND LTD.,<br>　　　　　　　Plaintiffs,<br>　　　　v.<br>AMNEAL PHARMACEUTICALS OF NEW<br>YORK, LLC and AMNEAL EU, LIMITED,<br>　　　　　　　Defendants. | Civil Action No. 1:24-cv-04607-JFM |
| SALIX PHARMACEUTICALS INC.,<br>SALIX PHARMACEUTICALS, LTD.,<br>and BAUSCH HEALTH IRELAND LTD.,<br>　　　　　　　Plaintiffs,<br>　　　　v.<br>NORWICH PHARMACEUTICALS, INC.,<br>　　　　　　　Defendant. | Civil Action No. 1:24-cv-07140-JFM |

**NOTICE OF CORRECTION**

On Tuesday, March 31, 2026, Plaintiffs filed their Opposition to Motion for Summary Judgment of Collateral Estoppel. Amneal Dkt. 139; Norwich Dkt. 143. Plaintiffs later identified an inadvertent formatting issue that affected the pagination of the brief. *See id.* at 3-4. For the Court's convenience, a corrected version of Plaintiffs' Opposition is submitted with this Notice.

Respectfully submitted,

Dated: April 2, 2026

/s/ Harvey Bartle IV
Harvey Bartle IV
**MORGAN, LEWIS & BOCKIUS LLP**
(*A PENNSYLVANIA LIMITED LIABILITY PARTNERSHIP*)
502 Carnegie Center
Princeton, NJ 08540-6241
Phone: (609) 919-6600

OF COUNSEL
Michael J. Abernathy
Wan-Shon Lo
Maria E. Doukas
**MORGAN, LEWIS & BOCKIUS LLP**
110 North Wacker Drive
Chicago, IL 60606-1511
Phone: (312) 324-1000

Margaret A. McGreal
**MORGAN, LEWIS & BOCKIUS LLP**
2222 Market Street
Philadelphia, PA 19103
Phone: (215) 963-5000

*Attorneys for Plaintiffs Salix Pharmaceuticals, Inc., Salix Pharmaceuticals, Ltd., Alfasigma, S.p.A., and Bausch Health Ireland, Ltd.*

2

## CERTIFICATE OF SERVICE

I, Harvey Bartle IV, do hereby certify that on April 2, 2026, I caused a true and correct copy of the foregoing to be served upon all counsel of record via CM/ECF.

_s/ Harvey Bartle IV_
Harvey Bartle IV