**Rebekah R. Conroy**
rconroy@stoneconroy.com

# STONE CONROY

April 30, 2026

**Via ECF**
Honorable John F. Murphy, U.S.D.J.
James A. Byrne U.S. Courthouse
3809 U.S. Courthouse
601 Market Street
Philadelphia, PA 19106

> Re:    *Salix Pharmaceuticals, Inc. v. Amneal Pharmaceuticals of New York*
> *D.N.J. Civil Case No: 1:24-cv-04607*

Dear Judge Murphy:

Defendants Amneal Pharmaceuticals of New York, LLC and Amneal EU, Ltd. ("Amneal") write to request respectfully that the Court set a trial date in this matter. Given the fast-approaching August 29, 2026, 30-month stay expiration date, and subject to Defendants' pending motion for summary judgment, this case is ready to proceed to the pretrial and trial phases of the litigation. After conferring with its experts, whom it shares with Defendant Norwich Pharmaceuticals, Inc. ("Norwich), Amneal is available for trial, except for June 8-16, June 23-30, July 12-18, July 25-31, August 12-18, August 22-30, September 11, September 23-October 14, and October 23-31.

After conferring with the other parties, Amneal reports that: (i) Defendant Norwich does not join Amneal's request; and (ii) Plaintiffs Salix Pharmaceuticals Inc., Salix Pharmaceuticals, Ltd., Alfasigma S.p.A., and Bausch Health Ireland Ltd do not join Amneal's request, and their position remains the same as expressed in the parties' February 6th status report. Dkt 134.

We appreciate the Court's consideration of this request.

Respectfully submitted,

/s/ Rebekah R. Conroy
Rebekah R. Conroy

cc:    Counsel of Record via ECF

Stone Conroy LLC
25A Hanover Road, Suite 301
Florham Park, New Jersey 07932
Tel 973 400 4181 Fax 973 498 0070
www.stoneconroy.com