## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| SALIX PHARMACEUTICALS, INC., | : | CIVIL ACTION |
| SALIX PHARMACEUTICALS, LTD., | : | |
| ALFASIGMA S.P.A., BAUSCH HEALTH | : | |
| IRELAND LTD. | : | |
| | : | |
| v. | : | NO.  24-04607 |
| | : | |
| AMNEAL PHARMACEUTICALS OF | : | |
| NEW YORK, LLC, AMNEAL EU, | : | |
| LIMITED | : | |

## ORDER

**AND NOW**, this 1st day of May 2026, in response to defendants' letter (DI 148), it is

**ORDERED** we are not opposed to setting a trial date, but given the pending motions, other

issues identified by Salix, and lack of agreement among the parties, we will not impose any of

the proposed dates.  The parties are invited to meet and confer and jointly propose realistic dates

for a single trial.

MURPHY, J.