# EXHIBIT 1

**CLAIM CHART COMPARING ASSERTED IBS-D CLAIMS TO *NORWICH I* FINDINGS**

| **Asserted Claim** | | **Held Obvious in *Norwich I*** | | |
|---|---|---|---|---|
| **'912 patent (claims 3, 5-7)** | **'571 patent (claims 1-4)** | **'667 patent (claims 1, 3[1])** | **'569 patent (claims 1-2[2])** | ***Norwich I* Findings Applicable Here** |
| 1. A method of treating one or more symptoms of irritable bowel syndrome (IBS) . . .<br><br>3. The method of claim 1, wherein the IBS is diarrhea predominant IBS. | 1. A method of treating bloating associated with diarrhea predominant irritable bowel syndrome (dIBS) . . . | 1. A method of treating one or more symptoms of irritable bowel syndrome (IBS) . . .<br><br>3. The method of claim 1, wherein the IBS is diarrhea predominant IBS. | 1. A method of providing acute treatment for diarrhea associated Irritable Bowel Syndrome (dIBS) | "Irritable bowel syndrome ('IBS') is characterized by symptoms including abdominal pain, bloating, frequency, urgency, gas, and changed bowel habits, such as diarrhea, constipation, or alternating diarrhea and constipation." *Norwich I DC* at *16.<br><br>"Subtypes of IBS include IBS with diarrhea (IBS-D), IBS with constipation (IBS-C), or IBS with alternating diarrhea and constipation (IBS-A)." *Norwich I DC* at *16.<br><br>"The prior art [ ] discussed using rifaximin to treat IBS." *Norwich I DC* at *18.<br><br>"The RFIB 2001 Protocol and Pimentel 2006 disclose all limitations of the IBS-D claims." *Norwich I DC* at *17.<br><br>"A POSA would have been motivated to combine the RFIB 2001 Protocol and Pimentel 2006 with a reasonable expectation of success." *Norwich I DC* at *17.<br><br>"Rifaximin had been shown to be effective in treating IBS in Pimentel 2006 and IBS-D in the RFIB 2001 |

[1] *Norwich I* invalidated claim 3 of the '667 patent, which depends from claim 1, shown here.
[2] *Norwich I* invalidated claim 2 of the '569 patent, which depends from claim 1, shown here.

| Asserted Claim | | Held Obvious in *Norwich I* | | |
|---|---|---|---|---|
| **’912 patent (claims 3, 5-7)** | **’571 patent (claims 1-4)** | **’667 patent (claims 1, 3[1])** | **’569 patent (claims 1-2[2])** | ***Norwich I* Findings Applicable Here** |
| | | | | Protocol, which were randomized, placebo-controlled clinical trials. Together, [ ] this is strong evidence that a POSA would have a motivation to use rifaximin for the treatment of IBS-D.” *Norwich I DC* at *19.<br><br>“Prior to February 2008, there was widespread off-label use of Xifaxan to treat IBS in the United States. As of January 2008, 74% of gastroenterologists polled by Salix had prescribed Xifaxan for IBS. Prescription data showed that 27.7% of Xifaxan 200 mg tablet uses in November 2007 had been for IBS.” *Norwich I DC* at *18.<br><br>“The 74% of gastroenterologists who had reported using rifaximin for IBS-D patients is real world evidence supporting the conclusion that there was a motivation to explore this treatment, despite the potential risks.” *Norwich I DC* at *21.<br><br>“Widespread off-label use reflects a motivation to use rifaximin for the treatment of IBS-D with a reasonable expectation of success.” *Norwich I DC* at *19.<br><br>“As the district court noted, the ‘[w]idespread off-label use’ of rifaximin also supported the conclusion that rifaximin was safe and effective ‘for the treatment of IBS-D with a reasonable expectation of success.’” *Norwich I CAFC* at 1063. |

| Asserted Claim | | Held Obvious in *Norwich I* | | |
|---|---|---|---|---|
| **’912 patent (claims 3, 5-7)** | **’571 patent (claims 1-4)** | **’667 patent (claims 1, 3[1])** | **’569 patent (claims 1-2[2])** | ***Norwich I* Findings Applicable Here** |
| | | | | “The prior art did not teach away from using rifaximin to treat IBS-D according to the claimed methods.” *Norwich I DC* at *17. |
| (cl. 1 cont.)<br>in a female subject . . . | (cl. 1 cont.)<br>in a female subject . . . | (cl. 1 cont.)<br>in a subject 65 years of age or older . . . | (cl. 1 cont.)<br>to a subject . . . | “A POSA would have had motivation to treat IBS-D patients 65 years of age or older with rifaximin. A POSA would have had a reasonable expectation of success in treating this patient group with rifaximin.” *Norwich I DC* at *17.<br><br>“[A] POSA would have had the motivation to treat patients 65 years of age or older with a reasonable expectation of success. The prior art described rifaximin use to treat symptoms of IBS-D patients 65 years or older.” *Norwich I DC* at *20.<br><br>“A POSA would have expected the effect observed in Pimentel 2006 to apply to older patients too. (Tr. 679:12-16).” *Norwich I DC* at *20. |
| said method comprising administering, 550 mg of rifaximin TID for 14 days to the female subject . . . | said method comprising administering, 550 mg of rifaximin TID for 14 days to the female subject . . . | said method comprising administering, 550 mg of rifaximin TID for 14 days to the subject . . . | administering 1650 mg/day of rifaximin for 14 days to a subject in need thereof . . .<br><br>2. The method of claim 1, wherein the 1650 mg is administered as | “Pimentel 2006 administered rifaximin, 400 mg TID for 10 days, to treat IBS patients aged 18-65.” *Norwich I DC* at *19.<br><br>“Pimentel teaches administering 400 mg, TID (1,200 mg/day), for the treatment of IBS, but further opines that the ‘optimal dosage of rifaximin may, in fact, be higher than that used in our study.’” *Norwich I CAFC* at 1061. |

| Asserted Claim | | Held Obvious in *Norwich I* | | |
|---|---|---|---|---|
| **’912 patent (claims 3, 5-7)** | **’571 patent (claims 1-4)** | **’667 patent (claims 1, 3[1])** | **’569 patent (claims 1-2[2])** | ***Norwich I* Findings Applicable Here** |
| | | | 550 mg three times per day. | “Pimentel 2006 taught, ‘Recent data suggest that the optimal dosage of rifaximin may, in fact, be higher than that used in our study.’” *Norwich I DC* at *20.<br><br>“The ‘RFIB 2001 Protocol’ (DTX 340) was a Phase II trial designed to administer rifaximin to patients aged 18 and over, 550-2,200 mg per day for 14 days for the treatment of IBS-D.” *Norwich I DC* at *19.<br><br>“The RFIB 2001 Protocol taught a range from 1100 mg to 2200 mg per day for 10-14 days.” *Norwich I DC* at *19.<br><br>“The [RFIB 2001] Protocol describes a Phase II study evaluating twice-daily doses of 550 mg (1,100 mg/day) and 1,100 mg (2,200 mg/day) for 14 and 28 days for the treatment of IBS-D.” *Norwich I CAFC* at 1061.<br><br>“The Protocol provides an outline of a planned Phase II clinical trial in which ‘three different doses (275, 550 and 1100 mg) of rifaximin’ were to be ‘administered BID [i.e., twice-daily] for either two or four weeks in the treatment of patients with diarrhea-associated irritable bowel syndrome.’” *Norwich I CAFC* at 1062.<br>“As of the priority date, the prior art disclosed positive results in using rifaximin to treat IBS-D for a range of doses. The asserted IBS-D claims describe a dosing |

| Asserted Claim | | Held Obvious in *Norwich I* | | |
|---|---|---|---|---|
| **’912 patent (claims 3, 5-7)** | **’571 patent (claims 1-4)** | **’667 patent (claims 1, 3[1])** | **’569 patent (claims 1-2[2])** | ***Norwich I* Findings Applicable Here** |
| | | | | regimen [i.e., 550 mg TID for 14 days] within the known range.” *Norwich I DC* at *17.<br><br>“[A] POSA would have had the motivation to select an optimal dosing regimen from within the known range.” *Norwich I DC* at *19.<br><br>“Here, a POSA would have been motivated to combine the prior art to achieve a dosage regimen within the known range.” *Norwich I DC* at *20.<br><br>“The record further supports the finding that there would have been a reasonable expectation of success in administering higher doses of rifaximin without an intolerable increase in negative side effects.” *Norwich I CAFC* at 1063.<br><br>“Salix's market research showed that 56% of physicians who prescribed Xifaxan for IBS used TID dosing and 62% had prescribed the drug to be taken for 10-14 days. (DTX 349-131). This market research is not prior art because it was not publicly available as of the priority date, but it reflects a POSA's state of mind.” *Norwich I DC* at *20.<br><br>“A POSA would have been motivated to use TID dosing to maintain an effective concentration of rifaximin in the small intestine to control bacteria levels. (Tr. 672:4-23). Finally, a POSA would |

| Asserted Claim | | Held Obvious in *Norwich I* | | |
|---|---|---|---|---|
| **’912 patent (claims 3, 5-7)** | **’571 patent (claims 1-4)** | **’667 patent (claims 1, 3[1])** | **’569 patent (claims 1-2[2])** | ***Norwich I* Findings Applicable Here** |
| | | | | have been motivated to improve the use of rifaximin to treat IBS by using a larger tablet to reduce patients’ pill burden and improve compliance. (Tr. 674:1-16.)” *Norwich I DC* at *20.<br><br>“The combined message that the skilled artisan would have discerned from the [RFIB 2001] Protocol and Pimentel is that the optimal dosage for treating patients suffering from IBS disorders may be higher than 400 mg TID, and the next higher dosage unit from the Protocol was 550 mg. We see no clear error in the conclusion that there would have been a reasonable expectation of success in administering the claimed 1,650 mg/day to IBS-D patients. Indeed, certainty and absolute predictability are not required to establish a reasonable expectation of success.” *Norwich I CAFC* at 1062. |
| thereby treating one or more symptoms of IBS in the female subject. | thereby treating bloating associated with dIBS in the female subject. | (cl. 1 cont.) thereby treating one or more symptoms of IBS in the subject 65 years of age or older.<br><br>3. The method of claim 1, wherein the IBS is diarrhea predominant IBS. | (cl. 1 cont.) 12 weeks of adequate relief of symptoms. | “Pimentel 2006 taught, ‘rifaximin resulted in statistically greater global improvement in IBS than placebo,’ and ‘[i]mprovements were sustained through 10 weeks of follow-up’ after 10 days of treatment.” *Norwich I DC* at *19.<br><br>“Pimentel 2006 reported sustained improvement in IBS symptoms for patients aged 18-65 for at least 10 weeks on a 400 mg TID, 10-day regimen.” *Norwich I DC* at *19.<br><br>“Pimentel teaches that administration of 400 mg rifaximin TID (1,200 mg/day), ‘resulted in greater |

| Asserted Claim | | Held Obvious in *Norwich I* | | |
|---|---|---|---|---|
| **’912 patent (claims 3, 5-7)** | **’571 patent (claims 1-4)** | **’667 patent (claims 1, 3[1])** | **’569 patent (claims 1-2[2])** | ***Norwich I* Findings Applicable Here** |
| | | | | improvement in IBS symptoms’ and ‘lower bloating scores after treatment.’” *Norwich I CAFC* at 1062.<br><br>“The [RFIB 2001] protocol included the outcome measures of providing adequate relief of symptoms and evaluating a durability of response over a 12-week post-treatment period.” *Norwich I DC* at *19.<br><br>“The RFIB 2001 Protocol included no upper age limit, a 14-day dosing regimen of 550 to 2200 mg per day, and the treatment of patients with IBS-D in particular. As of the priority date, a POSA would have known about the successful RFIB 2001 Protocol results.” *Norwich I DC* at *19.<br><br>“Salix announced the successful completion of [the RFIB 2001] study on September 5, 2007 (the ‘RFIB 2001 Press Release’) and disclosed, ‘Top-line results of this study demonstrate that … a 14-day course of rifaximin at 550 mg twice-a-day, provides a statistically significant improvement in both adequate relief of IBS symptoms and adequate relief of bloating, compared to placebo.” *Norwich I DC* at *19. |
| 5. The method of claim 1, wherein the treating one or more symptoms of IBS comprises a reduction of the one or more symptoms from baseline | 2. The method of claim 1, wherein the treating of bloating comprises a reduction of bloating from baseline symptoms | (cl. 1 cont.) thereby treating one or more symptoms of IBS in the subject 65 | (cl. 1 cont.) 12 weeks of adequate relief of symptoms. | *See claim 1*<br><br>“In 2006, three studies were published on the use of rifaximin to treat IBS. A randomized, double-blind, placebo-controlled study found rifaximin to be more effective than placebo in improving IBS. (‘Pimentel |

| Asserted Claim | | Held Obvious in *Norwich I* | | |
|---|---|---|---|---|
| **’912 patent (claims 3, 5-7)** | **’571 patent (claims 1-4)** | **’667 patent (claims 1, 3[1])** | **’569 patent (claims 1-2[2])** | ***Norwich I* Findings Applicable Here** |
| symptoms established prior to treatment. | established prior to treatment. | years of age or older.<br><br>3. The method of claim 1, wherein the IBS is diarrhea predominant IBS. | | 2006,’ JTX 53). A retrospective chart review of IBS patients who had tested positive for small intestine bacterial overgrowth (‘SIBO’) reported a significant reduction in the number of patients having IBS symptoms 4-5 months after treatment, and that 12 of 23 patients had ‘complete resolution of IBS symptoms.’ (‘Cuoco,’ JTX 38 at 94). Another retrospective chart review of 8 patients disclosed, ‘rifaximin use resulted in complete resolution of clinical symptoms in 4 patients, with no IBS relapse (follow-up, 1 to 6 months),’ and ‘partial symptom improvement was observed in 4 patients, 3 of whom were treated for an additional 2 months with rifaximin 400 mg three times daily cycle therapy (2 weeks on / 1 week off [ ]) which resulted in a 50% to 70% improvement from baseline.’ (‘Barrett,’ JTX 71; Tr. 639:9-640:5).” *Norwich I DC* at *18. |
| 6. The method of claim 5, wherein the reduction of the one or more symptoms is achieved following 7 days after the administration of rifaximin. | 3. The method of claim 2, wherein the reduction of bloating is achieved following 7 days after the administration of rifaximin. | (cl. 1 cont.) thereby treating one or more symptoms of IBS in the subject 65 years of age or older.<br><br>3. The method of claim 1, wherein the IBS is diarrhea predominant IBS. | (cl. 1 cont.) 12 weeks of adequate relief of symptoms. | *See claims 1 and 5*<br><br>“Pimentel 2006 taught, ‘rifaximin resulted in statistically greater global improvement in IBS than placebo,’ and ‘[i]mprovements were sustained through 10 weeks of follow-up’ after 10 days of treatment. (JTX 53 at 562).” *Norwich I DC* at *19<br><br>“[T]hey’re [i.e., Pimentel 2006] trying to assess on a weekly basis what did the patients say about how much their global IBS symptoms were improved compared to baseline.” JA0839 (Tr. 763:13-15). |

| Asserted Claim | | Held Obvious in *Norwich I* | | |
|---|---|---|---|---|
| **’912 patent (claims 3, 5-7)** | **’571 patent (claims 1-4)** | **’667 patent (claims 1, 3[1])** | **’569 patent (claims 1-2[2])** | ***Norwich I* Findings Applicable Here** |
| 7. The method of claim 1, wherein treating one or more symptoms of IBS comprises a reduction in symptoms defined by an affirmative response from the subject when asked whether they had a reduction in symptoms of IBS. | 4. The method of claim 2, wherein the reduction of bloating comprises an affirmative response from the subject when asked whether they had a reduction in bloating. | (cl. 1 cont.) thereby treating one or more symptoms of IBS in the subject 65 years of age or older.<br><br>3. The method of claim 1, wherein the IBS is diarrhea predominant IBS. | (cl. 1 cont.) 12 weeks of adequate relief of symptoms. | *See claim 1*<br><br>“IBS-D is a collection of symptoms and there is no biomarker to determine a successful overall treatment of IBS-D. (Tr. 507:24-508:7). I credit Dr. Schoenfeld’s testimony that patient-reported ‘adequate relief’ is used to determine IBS-D treatment success in the field. (Tr. 519:15-22; 821:9-822:1).” *Norwich I DC* at *22; *see also* JA0833 (Tr. 519:15-22 (Q: “[I]n clinical practice, how would the durability of response be measured? A: “So, in clinical practice, you’re essentially asking a patient [ ] how they have done since I last saw them. If the patient says to me, ‘I felt good for the two weeks I was taking the antibiotics, but two days after I stopped them, I went back to feeling horrible again,’ then there’s no durability of response.”)); JA0829 (Tr. 515:7-11 (Q: “Who is it that assesses whether there is adequate relief of the IBS-D symptoms?” A: “Ultimately, it’s the patient. This is a disorder that’s characterized by the patient’s subjective assessment of their bloating and cramping and loose, watery stools. As a physician, I may ask some specific questions to guide the discussion.”)).<br><br>“[T]he patient’s subjective assessment of their symptoms as well as the physician asking some additional questions about specific symptoms is going to allow an assessment of whether or not the patient’s had adequate relief.” JA0851 (Tr. 821:19-23). |