Morgan Lewis

**Harvey Bartle**
Partner
+1.215.963.5521
harvey.bartle@morganlewis.com

September 30, 2026

**VIA ECF**

The Honorable John F. Murphy
United States District Judge
United States Courthouse
601 Market Street, Courtroom 3B
Philadelphia, Pennsylvania 19106

Re: *Salix Pharmaceuticals, Inc. v. Amneal Pharmaceuticals of New York, LLC, et al.*
Civ. No. 24-4607 (JFM)

*Salix Pharmaceuticals, Inc., et al. v. Norwich Pharmaceuticals, Inc.*
Civ. No. 24-7140 (JFM)

Dear Judge Murphy:

This firm represents Plaintiffs in the above-captioned actions. The Court has set October 7, 2026 for oral argument on pending motions. DI 150 (*Amneal*) and 148 (*Norwich*). Michael Abernathy, Esquire, and Julie Goldemberg, Esquire, from our firm will be handling oral arguments on behalf of Plaintiffs. Undersigned counsel writes to respectfully request leave to be excused from attending arguments on October 7 with Mr. Abernathy and Ms. Goldemberg.

Undersigned counsel entered his appearances in these cases on April 12, 2024 and June 28, 2024, respectively. DI 7 (*Amneal*), DI 6 (*Norwich*). Undersigned counsel subsequently moved for the *pro hac vice* admission of Mr. Abernathy and Ms. Goldemberg. DI 20 & 125 (*Amneal*), DI 8 & 123 (*Norwich*). The Court granted those motions. The District of New Jersey's Local Rules state that "[o]nly an attorney at law of this Court may file papers, enter appearances for parties, sign stipulations, or sign and receive payments on judgments, decrees, and orders." L. Civ. R. 101(c)(4). Similarly, this Court's policies require attendance of sponsoring counsel to be present at hearings, absent leave. Undersigned counsel has upcoming a several week jury trial before the Honorable John M. Younge starting with jury selection on Friday, October 9, 2026. Mr. Abernathy and Ms. Goldemberg will be handling the October 7 arguments on behalf of Plaintiffs and are familiar with the Rules of Court and Your Honor's procedures. Given significant trial preparation commitments, undersigned counsel respectfully requests leave to be excused from also attending the October 7, 2026 arguments with Mr. Abernathy and Ms. Goldemberg.

* * * * *

Thank you for your time and consideration of this matter.

Respectfully submitted,

*s/Harvey Bartle*

Harvey Bartle

cc: All counsel of record (via ECF)