**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

Aileen McMonagle
ESR

Nelson Quíles Malavé
Deputy Clerk

SALIX PHARMACEUTICALS, INC et al :

Julie Goldemberg, Esquire
Michael Abernathy, Esquire

v. : CIVIL ACTION 24-4607

AMNEAL PHARMACEUTICALS OF NEW YORK, LLC et al :

Matthew Murphy, Esquire
Christopher Pinahs, Esquire
Oren Langer, Esquire

## MINUTE SHEET

HONORABLE JOHN F. MURPHY • DATE: 10/07/2026 • TIME: 12:30 P.M. • COURTROOM:10-A

## ORAL ARGUMENT

Defense counsel for Norwich addresses the court in support of the Motion for Summary Judgment.

Plaintiff counsel addresses the court opposing the motion for Summary Judgment.

Defense counsel for AMNEAL addresses the court in support of Motion for Summary Judgment.

Court adjourned at: 2:25 P.M.

**TOTAL TIME IN COURT:** 2-hours 25-minutes