**Rebekah R. Conroy**
rconroy@stoneconroy.com

STONE CONROY

October 14, 2026

**Via ECF**
Honorable John F. Murphy, U.S.D.J.
James A. Byrne U.S. Courthouse
3809 U.S. Courthouse
601 Market Street
Philadelphia, PA 19106

***Re: Salix Pharmaceuticals, Inc. v. Amneal Pharmaceuticals of New York***
***D.N.J. Civil Case No: 1:24-cv-04607***
***Salix Pharmaceuticals, Inc. v. Norwich Pharmaceuticals, Inc.***
***D.N.J. Civil Case No.: 1:24-cv-07140***

Dear Judge Murphy:

We write jointly on behalf of all Defendants to respectfully request a two-day extension, from October 14, 2026, to October 16, 2026, to file Defendants' Joint Motion to Seal a Portion of the Record relating to Plaintiffs' Supplemental Opposition to Motion to Summary Judgement (Doc. No. Doc. No. 152 in the '4607 Docket and Doc. No. 151 in the '7140 Docket).

We appreciate the Court's consideration of this request.

Respectfully submitted,

/s/ Rebekah R. Conroy
Rebekah R. Conroy

cc: Counsel of Record via ECF